# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| In re: | Chapter 7 |
|---|---|
| **Patricia A. Johnson,** | Bankruptcy No. 22-00871 |
| Debtor. | Honorable Carol A. Doyle |

## NOTICE OF APPLICATION

**Please take notice** that, on **Thursday, March 31, 2022, at 10:00 a.m.**, or as soon thereafter as counsel may be heard, the undersigned attorneys shall appear before the Honorable Carol A. Doyle, United States Bankruptcy Judge for the Northern District of Illinois, or any other judge sitting in her place and stead, and shall then and there present the **Trustee's Application to Employ Kim Wirtz and Century 21, as Real Estate Broker Retroactive to February 22, 2022**, a copy of which is hereby served upon you.

This motion will be presented and heard electronically using Zoom for Government. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 155 8289 and the password is Doyle742. The meeting ID and further information can also be found on the Judge's web page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Dated: March 24, 2022                       **Ariane Holtschlag**, not individually but as chapter 7 trustee of the estate of Patricia A. Johnson

{00217387 2}

By: */s/ Ariane Holtschlag*  
One of Her Attorneys

Ariane Holtschlag (6294327)  
Justin Storer (6293889)  
**FACTORLAW**  
105 W. Madison Street, Suite 1500  
Chicago, IL 60602  
Tel:     (312) 878-6976  
Fax:     (847) 574-8233  
Email:  aholtschlag@wfactorlaw.com

{00217387 2}                          —2—

## CERTIFICATE OF SERVICE

I, Ariane Holtschlag, an attorney, hereby certify that on March 24, 2022, pursuant to Section II.B.4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused a copy of the foregoing *Notice of Application* and the accompanying *Application* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the appended Service List and by U.S. Mail on all other persons identified on the appended Service List.

/s/ Ariane Holtschlag

## SERVICE LIST

**Registrants**
(Service via ECF)

| | |
|---|---|
| **Ariane Holtschlag, trustee** | aholtschlag@wfactorlaw.com; aholtschlag@ecf.axosfs.com; gsullivan@axosfs.com; ariane.holtschlag@gmail.com |
| **Patrick S Layng** | USTPRegion11.ES.ECF@usdoj.gov |
| **Todd J Ruchman** | amps@manleydeas.com |
| **Xiaoming Wu** | notice@billbusters.com; billbusters@iamthewolf.com; billbusters@ecf.inforuptcy.com; wuxr80263@notify.bestcase.com; ledfordsr80263@notify.bestcase.com |

**Non-Registrants**
(Service via U.S. Mail)

| | |
|---|---|
| **Patricia A. Johnson**<br>857 University Ave.<br>Matteson, IL 60443 | **Capital One Auto Finance, a division of Capital One, N.A.**<br>**c/o AIS Portfolio Services, LP**<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Patricia A. Johnson,** | Bankruptcy No. 22-00871 |
| Debtor. | Honorable Carol A. Doyle |

## TRUSTEE'S APPLICATION TO EMPLOY KIM WIRTZ AND CENTURY 21, AS REAL ESTATE BROKER

Pursuant to 11 U.S.C. §§ 105(a), 327(a), 328(a), and Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure, Ariane Holtschlag, not individually but solely in her capacity as duly appointed chapter 7 trustee (the "***Trustee***") of the bankruptcy estate (the "***Estate***") of Patricia A. Johnson (the "***Debtor***"), respectfully requests that this Court enter an order, substantially in the form of that submitted herewith, authorizing the Trustee to employ Kim Wirtz and the firm of Century 21 (collectively, the "***Firm***") as her real estate broker. In support of this application (the "***Application***"), the Trustee relies on the Declaration of Kim Wirtz (the *"**Wirtz Declaration**"*) (**Exhibit 1**) as well as the proposed listing agreement (the "***Listing Agreement***") (**Exhibit 2**), and states and alleges as follows:

### JURISDICTION

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334, and Local Rule 40.3.1(a) of the United States District Court for the Northern District of Illinois.

2. Venue of the above-captioned case (the "***Case***") and of this Application is proper in this Judicial District pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(1) and (b)(2)(A) and (O).

{00217387 2}

## BACKGROUND

3.  On January 26, 2022 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 7 of title 11, United States Code (the "**Bankruptcy Code**"), thereby initiating the Case.

4.  Ariane Holtschlag was thereafter appointed as the Case trustee.

5.  The Trustee requires the assistance of a real estate broker to perform the following duties: market and sell commercial, mixed-use real estate commonly known as 857 University Avenue in Matteson, Illinois (the "**Property**").

6.  The Trustee has selected Kim Wirtz and the firm of Century 21, as her real estate broker in this Case.

7.  The Debtor scheduled the value of the Property as $169,050 and subject to secured claims in the amount of $142,154.00 in favor of Bank of America and the U.S. Department of Housing and Urban Development.

8.  After being contacted by the Trustee on February 22, 2022, the Firm has undertaken certain tasks in anticipation of being employed on behalf of the Estate, including evaluating the likely sale prices for the Property. Based on that investigation it appears the value of the Property is approximately $230,000.

## RELIEF REQUESTED

9.  The Trustee respectfully requests that the Court authorize her to employ the Firm on the terms and conditions set forth herein and in the Listing Agreement and Wirtz Declaration.

10.  The predicates for the relief requested herein are 11 U.S.C. §§ 105(a), 327(a), 328(a), and 329, as supported by Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure.

## BASIS FOR RELIEF

11. A trustee may employ, with the court's approval, one or more professional persons "that do not hold or represent an interest adverse to the Estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under [the Bankruptcy Code]." 11 U.S.C. § 327(a).

12. Section 328(a) of the Bankruptcy Code permits the Trustee, subject to this Court's approval, to employ or authorize the employment of a professional person under Section 327 "on any reasonable terms and conditions of employment, including … on a fixed or percentage fee basis." 11 U.S.C. § 328(a).

13. The Firm is a disinterested party within the meaning of §101(14) of the Bankruptcy Code. In support thereof, the Wirtz Declaration is attached hereto and made a part hereof as Exhibit 1.

14. The Firm is familiar with the area in which the Property is located, has substantial experience in marketing similar real estate, and is well-qualified to assist Trustee in marketing the Property for sale.

15. Attached hereto and made a part hereof as Exhibit 2 is the proposed Listing Agreement. The proposed agreement provides, inter alia, that the Firm shall be entitled to a commission of five percent (5%) of the sale price of the Property.

16. Any compensation is subject to further order of this Court and will be on a contingency basis; therefore, if the Estate does not recover any monies due to the sale of the Property, then the Firm will not receive any compensation.

## NOTICE

17. Notice of this Application has been given to: (i) the Office of the United States Trustee; (ii) the Debtor; (iii) the Debtor's counsel, and (iv) any person that has requested notice in the Case or that receives notices through the ECF System with respect to the case.

**WHEREFORE**, the Trustee respectfully requests that the Court enter an order (a) granting the Application; (b) authorizing the Trustee to employ the Firm

as her real estate broker under 11 U.S.C. §§ 327 and 328 on the terms and subject to the conditions set forth herein and in the Listing Agreement and Wirtz Declaration, retroactive to February 22, 2022; and (c) granting such other and further relief as this Court may deem just and appropriate.

| | |
|---|---|
| Dated: March 24, 2022 | Respectfully submitted, |

          **Ariane Holtschlag,** not individually but as the chapter 7 trustee of the bankruptcy estate of Patricia A. Johnson

          By: */s/ Ariane Holtschlag*
          One of Her Attorneys

Ariane Holtschlag (6294327)
Justin Storer (6293889)
**FACTORLAW**
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Tel:    (312) 878-6976
Fax:   (847) 574-8233
Email:  aholtschlag@wfactorlaw.com