# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Patricia A. Johnson | ) | Case No. 22-00871 |
| | ) | |
| Debtor(s) | ) | CHAPTER 7 |
| | ) | |
| | ) | Judge Carol A. Doyle |

## NOTICE OF MOTION

TO:

Ariane Holtschlag, Trustee (via electronic notice)

United States Trustee (via electronic notice)

Patricia A. Johnson, 857 University Ave, Matteson, IL 60443

See attached list of all creditors

PLEASE TAKE NOTICE that on 4/21/2022, at 10:00 a.m., I will appear before the Honorable Carol A. Doyle, or any judge sitting in that judge's place, and present the Motion to Convert Case to Chapter 13, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 155 8289 and the password is Doyle742. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ _Xiaoming Wu__
Borges & Wu, LLC.

105 W. Madison St., Suite 2300
Chicago, IL 60602
312-853-0200

**PROOF OF SERVICE**

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box at 1951 McConnor Pkwy, Schaumburg, IL 60173, on March 26, 2022 before 6:00 p.m., except that the trustee, U.S. Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.

/s/ _Xiaoming Wu__

SERVICE LIST

Asset Acceptance c/o
c/o Kevin W. Mortell, 2007M1181609
1821 Walden Office Square Suite 400
Schaumburg, IL 60173

Asset Acceptance LLC
PO Box 9063
Brandon, FL 33509

Asset Acceptance LLC
P.O. Box 1630
Warren, MI 48090

Asset Acceptance, LLC
PO Box 852039
Richardson, TX 75085

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Bernard Muzynski
7600 College Drive
Palos Heights, IL 60463

Capital One Auto Finance
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One/Menards
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Cavalry SPV I, LLC
PO Box 27288
Tempe, AZ 85282

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Citi
PO Box 6406
Attn: Bankruptcy Dept.
The Lakes, NV 88901-6406

HSBC
PO Box 9068
Attn: Bankruptcy Dept.
Brandon, FL 33509

IRS
c/o Centralized INsolvency Operatio
P.O.Box 21126
Philadelphia, PA 19114

Mariner Finance, LLC
Attn: Bankruptcy
8211 Town Center Drive
Nottingham, MD 21236

OneMain Financial
Attn: Bankruptcy
Po Box 3251
Evansville, IN 47731

Syncb/walmart

Synovus Bank/GreenSky
Attn: Bankruptcy
Po Box 120
Columbus, GA 31902

Tower Loan
Attn: Bankruptcy
Po Box 320001
Flowood, MS 39232

US Bank/RMS
Attn: Bankruptcy
Po Box 5229
Cincinnati, OH 45201

Village of Matteson

4900 Village Commons  
Matteson, IL 60443

Wells Fargo Jewelry Advantage

Attn: Bankruptcy  
Po Box 10438  
Des Moines, IA 50306

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Patricia A.Johnson | ) | Case No. 22-00871 |
| | ) | |
| Debtor(s) | ) | CHAPTER 7 |
| | ) | |
| | ) | Judge Carol A. Doyle |

**MOTION TO CONVERT CASE TO CHAPTER 13**

The debtor(s), by and through counsel, and in support of Motion to Convert Case to Chapter 13 pursuant to 11 U.S.C. § 706(a) and Fed. R. Bankr. P. 1017(f) and 9013, states to the court as follows:

1. The court has jurisdiction over this proceeding under 28 U.S.C. §§ 157(a) and (b) and 1334(b).

2. The debtor(s) filed a voluntary petition under Chapter 7 of the Bankruptcy Code on 1/26/22.

3. The debtor wishes to convert the case to Chapter 13.

4. This case has not been converted under 11 U.S.C. § 1112, 1208, or 1307.

WHEREFORE, the debtor(s) moves that the Court enter an order granting the debtor's motion to convert this case to Chapter 13 pursuant to 11 U.S.C. § 706(a), and grant such further relief as the Court deems just and proper.

Respectfully submitted,

/s/ _Xiaoming Wu_
Borges & Wu, LLC.
105 W. Madison St., 23rd Floor
Chicago, IL 60602
312-853-0200